IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

TERESA HUTCHENS,

        Plaintiff,

v.

INFORMATION DATA RESOURCES, LLC,

        Defendant.

Case No. 3:21-CV-1487-NJR

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Notice of Dismissal dated March 16, 2022 (Doc. 6), this entire action is **DISMISSED with prejudice** pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

DATED: March 17, 2022

MONICA A. STUMP,
Clerk of Court

By: s/ *Deana Brinkley*
      Deputy Clerk

APPROVED: _____
NANCY J. ROSENSTENGEL
Chief U.S. District Judge